```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  DAWRENCE W. RICE, JR.
    Assistant U.S. Attorney
 3  Suite 4401, Federal Courthouse
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7           IN THE UNITED STATES DISTRICT COURT FOR THE
 8                  EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   MAG.NO. 1:95-mj-02353
                                 )
11           Plaintiff,          )
                                 )   MOTION AND ORDER FOR DISMISSAL
12       v.                      )   OF COMPLAINT
                                 )
13  JAIME MORALES                )
                                 )
14           Defendant.          )
    _____)
15
16       Pursuant to Rule 48(a) of the Federal Rules of Criminal
17  Procedure, the United States Attorney's Office hereby moves to dismi
18  the Complaint for Unlawful Flight to Avoid Prosecution herein against
19  in that defendant has been apprehended.
20  DATED: March 9, 2007          Respectfully submitted,
21                                        McGREGOR W. SCOTT
                                          United States Attorney
22
                                          By /s/Dawrence W. Rice, Jr.
23                                          DAWRENCE W. RICE, JR.
                                            Assistant U.S. Attorney
24
25       IT IS HEREBY ORDERED that the Complaint in the above-entitled
    case be dismissed and that the warrant issued be recalled.
26
    IT IS SO ORDERED.
27
    Dated:   March 16, 2007              /s/ Sandra M. Snyder
28  icido3                         UNITED STATES MAGISTRATE JUDGE
```

1